Case 1:20-cv-10154-CM Document 23 Filed 02/28/22 Page 1 of 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

POLICE OFFICER VINCENT PINTO, IN HIS
INDIVIDUAL CAPACITY AND ON BEHALF OF
CURRENT AND FORMER NEW YORK CITY POLICE
OFFICERS SIMILARLY SITUATED AND AGGRIEVED
BY THE DEFENDANTS,

                Plaintiffs,

-against-

THE CITY OF NEW YORK, THE NEW YORK CITY
POLICE DEPARTMENT, THE NEW YORK CITY
POLICE PENSION FUND, "ABC
AGENCIES/ENTITIES", names being fictitious intended
to be agencies, departments, subsidiaries, companies,
organization, affiliates, associations and/or entities of THE
CITY OF NEW YORK, THE NEW YORK CITY POLICE
DEPARTMENT and/or THE NEW YORK CITY POLICE
PENSION FUND, AND/OR "JOHN DOES" and "JANE
DOES", names being fictitious intended to be
officers/representatives/agents/ servants/employees of THE
CITY OF NEW YORK, THE NEW YORK CITY POLICE
DEPARTMENT and/or THE NEW YORK CITY POLICE
PENSION FUND, individually and in their respective
official capacities,

               Defendants.

---------------------------------------------------------------X

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

20-cv-10154 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/2022

   **WHEREAS**, Vincent J. Pinto (the "Plaintiff") commenced the above-captioned action (the "Action") against the City of New York, the New York City Police Department, and the New York City Police Pension Fund (together "Defendants"), by the filing of a Complaint on December 3, 2020; and

   **WHEREAS**, the parties reached a settlement in court-supervised mediation;



**NOW, THEREFORE**, in consideration of the mutual covenants and agreements set forth herein, and for other good and valuable consideration, and with the intent to be legally bound, it is hereby agreed by and among the undersigned as follows:

1. Upon the "So-Ordering" of this Settlement Agreement, the Action shall be dismissed with prejudice, and without costs, expenses, or fees in excess of the amount specified in Paragraph "2" hereof.

2. The parties agree that Plaintiff shall receive from the City of New York the sum of ONE HUNDRED AND FIFTY THOUSAND DOLLARS ($150,000) ("Settlement Amount"), together with other good and valuable consideration as set forth herein, in full satisfaction of all of Plaintiff's claims, including attorneys' fees, costs, expenses, and disbursements as against the Defendants in this Action.

3. Payment of the Settlement Amount shall be made by mailing a check, made payable to Vincent J. Pinto in the amount specified above in ¶ 2, to Plaintiff's counsel, DRUMMOND & SQUILLACE, PLLC, 175-61 Hillside Avenue, Suite 205, Jamaica, New York 11432.

4. In consideration of receiving the Settlement Amount, and other good and valuable consideration as set forth herein, Plaintiff agrees to the dismissal with prejudice of all claims against the Defendants, and Plaintiff agrees to release all Defendants, as well as all their successors and assigns, and any and all past or present officials, employees, representatives, or agents of the New York City Police Department, the New York City Police Pension Fund or the City of New York, as well as all their successors or assigns, from any and all liability, claims, or rights of action, whether joint or several, known or unknown, which Plaintiff had or may have against any of the above, based on any act, event, or omission occurring from the beginning of



the world to the present, which arises from the acts or omissions complained of in the Action, including all claims for costs, expenses and attorneys' fees accrued by Plaintiff to the date of the execution of the release. Furthermore, counsel for Plaintiff hereby agrees and represents that no other claims for attorneys' fees, expenses, or costs arising out of the Action shall be made by or on behalf of Plaintiff in any application for attorneys' fees, expenses, or costs at any time.

5. Upon the "So-Ordering" of this Settlement Agreement by the Court, the City of New York shall make payment of the Settlement Amount set forth in ¶ 2 above within 90 days of receipt of all of the following: (1) a release executed by the Plaintiff in the form annexed hereto as Exhibit A; (3) an Affidavit of No Liens executed by the Plaintiff in the form annexed hereto as Exhibit B; and (4) a W-9 executed by the Plaintiff in the form annexed hereto as Exhibit C.

6. Nothing contained herein shall be deemed to be an admission by the Defendants or any of their officials, employees, agents or representatives that they have in any manner or way violated the rights of any Plaintiff, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the State of New York, or the City of New York, and the Defendants specifically disclaim any liability to, or any wrongful, discriminatory, or unlawful acts against, the Plaintiff or any other person on the part of any of the Defendants. Nothing contained here shall be deemed to be an admission by the Defendants or any of their officials, employees, agents or representatives that they have in any manner or way acted inconsistently with the requirements of state or federal law or that any action undertaken by any of them is preempted by state or federal law.



7. The Settlement Agreement shall not be used by any party in any civil or administrative action or proceeding except in an action to enforce its terms. The Settlement Agreement, and the settlement it represents, is not related to and shall not be admissible in any other litigation or settlement negotiation. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York, the New York City Police Department or the New York City Police Pension Fund.

8. The Settlement Agreement and the rights and obligations of the parties hereto shall be governed by and construed and enforced in accordance with the substantive laws of the State of New York. The parties represent that they have each consulted with and have been advised by counsel of their own choosing in connection with the Action and/or the Settlement Agreement. The parties further acknowledge that each party and its counsel have reviewed, negotiated and revised the Settlement Agreement, and that the language in all parts of the Settlement Agreement shall be construed, in all cases, according to its fair meaning, and that any rule of construction to the effect that any ambiguities are to be resolved against the drafting party is inappropriate and shall not be employed in the interpretation of the Settlement Agreement.

9. The Settlement Agreement, including any exhibits referred to herein, sets forth the entire agreement and understanding among the parties with respect to the subject matter hereof, shall inure to the benefit of the parties and their respective successors and assigns, and merges and supersedes all such prior discussions, agreements and understandings among the parties.

10. This Settlement Agreement may not be amended except by a writing signed by the parties and So Ordered by the Court.

11. This Settlement Agreement may be executed in counterparts.

- 4 -

12. Upon the Court's so-ordering the Settlement Agreement, the parties' obligations, rights and responsibilities under the Settlement Agreement and the Settlement Agreement's terms and conditions shall commence. All claims set forth in Plaintiff's Complaint shall be dismissed with prejudice.

13. Nothing in this Settlement Agreement shall create any right on the part of any person or entity which has not executed this Settlement Agreement to be a third-party beneficiary of this Settlement Agreement, nor create any right on the part of any person or entity which has not executed this Settlement Agreement to invoke the jurisdiction of this Court. This Settlement Agreement contains all the terms and conditions agreed upon by the Plaintiff and the Defendants, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Settlement Agreement shall be deemed to exist, or to bind the



Plaintiff and the Defendants, or to vary the terms and conditions contained herein, save as otherwise set forth herein.

Dated: New York, New York
February 26, 2022

DRUMMOND & SQUILLACE, PLLC
Attorneys for Plaintiff
175-61 Hillside Avenue, Suite 205
Jamaica, New York 11432
(718) 298-5050
sdrummond@dswinlaw.com

By: Stephen Drummond, Esq.

_____
VINCENT J. PINTO
252 Hollywood Ave.
Bronx, New York 10465

GEORGIA M. PESTANA
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 5-158
New York, New York 10007
(212) 356-2185
jhorowit@law.nyc.gov

By: Jerald Horowitz
Assistant Corporation Counsel

SO ORDERED:

2-28-2022

- 6 -

Exhibit A to Stipulation and Order of Settlement and Discontinuance in Pinto v. City of New York, et al., 20-cv-10154 (S.D.N.Y.)(CM)

# RELEASE

VINCENT J. PINTO, in consideration of the payment of ONE HUNDRED AND FIFTY THOUSAND DOLLARS ($150,000) by the City of New York pursuant to the terms and conditions set forth in the Stipulation and Order of Settlement And Discontinuance dated February ____, 2022, executed in the lawsuit, does hereby release and discharge all defendants in the action Pinto v. City of New York, et al., 20-cv-10154 (CM) commenced in the United States District Court for Southern District of New York ("the Action"), to wit: the New York City Police Pension Fund, the New York City Police Department, and the City of New York, their predecessors, successors, or assigns, and all past, present and future officials, employees, representatives and agents of the New York City Police Pension Fund, the New York City Police Department and any other agency of the City of New York (collectively "the Released Persons"), from any and all claims or causes of action for damages, or for other legal, equitable or administrative relief, and any and all rights that I may have, or may have had, to pursue such claims or causes of action before any court, administrative agency or other tribunal, with regard to acts of commission or omission by the Released Persons that were alleged, or that could have been alleged by reason of, arising out of, or in connection with, any matter or fact set forth or referred to in the Complaint, in the Action, including all related claims for attorney's fees and costs.

(continued on p.2)

This Release may not be changed orally.

THE UNDERSIGNED HAS READ THE FOREGOING RELEASE AND FULLY UNDERSTANDS IT.

IN WITNESS WHEREOF, I have executed this Release this _____ day of _____, 2020.

_____
Signature of Releasor

STATE OF _____, COUNTY OF _____ SS.:

On _____, 2020, before me, the undersigned personally appeared, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed and who executed the foregoing RELEASE and duly acknowledged to me that (s)he executed the same.

_____
Notary Public

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

POLICE OFFICER VINCENT PINTO, IN HIS
INDIVIDUAL CAPACITY AND ON BEHALF OF
CURRENT AND FORMER NEW YORK CITY POLICE
OFFICERS SIMILARLY SITUATED AND AGGRIEVED    **AFFIDAVIT OF NO LIENS**
BY THE DEFENDANTS,

                                 Plaintiffs,

              -against-

                                                                                     20-cv-10154 (CM)

THE CITY OF NEW YORK, THE NEW YORK CITY
POLICE DEPARTMENT, THE NEW YORK CITY
POLICE PENSION FUND, "ABC
AGENCIES/ENTITIES", names being fictitious intended
to be agencies, departments, subsidiaries, companies,
organization, affiliates, associations and/or entities of THE
CITY OF NEW YORK, THE NEW YORK CITY POLICE
DEPARTMENT and/or THE NEW YORK CITY POLICE
PENSION FUND, AND/OR "JOHN DOES" and "JANE
DOES", names being fictitious intended to be
officers/representatives/agents/ servants/employees of THE
CITY OF NEW YORK, THE NEW YORK CITY POLICE
DEPARTMENT and/or THE NEW YORK CITY POLICE
PENSION FUND, individually and in their respective
official capacities,

                                 Defendants.

-------------------------------------------------------------------X

STATE OF NEW YORK  )
                          : SS.:
COUNTY OF NEW YORK  )

         **VINCENT J. PINTO**, being duly sworn, hereby states as follows:

         1.     I am over 18 years of age, and the plaintiff herein, and make this affidavit in connection with settlement of this action.

         2.     The City of New York has no outstanding bills or liens against me or my property for obligations owed, including obligations owed for Parking Violations or for

treatment received at a New York City Health and Hospitals Corporation facility, or for the receipt of Workers' Compensation or New York State Disability benefits.

3. I have never been a recipient of public assistance from the New York City Department of Social Services and do not owe child support.

4. No tax obligation or judgment is owed by me to the City of New York.

5. My date of birth is _____.

6. My social security number is _____.

_____
VINCENT J. PINTO

Sworn to before me this
_____ day of February, 2022

_____
NOTARY PUBLIC

Case 1:20-cv-10154-CM Document 243-3 Filed 03/01/22 Page 11 of 13

Exhibit C to Stipulation and Order of Settlement and Discontinuance in Pinto v. City of New York, et al., 20-cv-10154 (S.D.N.Y.)(CM)

| DO NOT SUBMIT TO THE IRS - SUBMIT FORM TO THE NEW YORK CITY AGENCY 10/14 REVISION | THE CITY OF NEW YORK SUBSTITUTE FORM W-9: REQUEST FOR TAXPAYER IDENTIFICATION NUMBER & CERTIFICATION | FMS |

TYPE OR PRINT INFORMATION NEATLY. PLEASE REFER TO INSTRUCTIONS FOR MORE INFORMATION.

## Part I: Vendor Information

1. Legal Business Name: (As it appears on IRS EIN records, IRS Letter CP575, IRS Letter 147C -or- Social Security Administration Records, Social Security Card)

2. If you use DBA, please list below:

3. Entity Type (Check one only):
- [ ] Church or Church-Controlled Organization
- [ ] Personal Service Corporation
- [ ] Non-Profit Corporation
- [ ] Corporation/LLC
- [ ] Government
- [ ] City of New York Employee
- [ ] Individual/Sole Proprietor
- [ ] Trust
- [ ] Joint Venture
- [ ] Partnership/LLC
- [ ] Single Member LLC (Individual)
- [ ] Resident/Non-Resident Alien
- [ ] Non-United States Business Entity
- [ ] Estate

## Part II: Taxpayer Identification Number & Taxpayer Identification Type

1. Enter your TIN here: (DO NOT USE DASHES)

2. Taxpayer Identification Type (check appropriate box):
- [ ] Employer ID Number (EIN)
- [ ] Social Security Number (SSN)
- [ ] Individual Taxpayer ID Number (ITIN)
- [ ] N/A (Non-United States Business Entity)

## Part III: Vendor Addresses

| | Number, Street, and Apartment or Suite Number | City, State, and Nine Digit Zip Code or Country |
|---|---|---|
| 1. 1099 Address: | | |
| 2. Account Administrator Address: | | |
| 3. Billing, Ordering & Payment Address: | | |

## Part IV: Exemption from Backup Withholding and FATCA Reporting (See Instructions)

Exemption Code for Backup Withholding _____    Exemption Code for FATCA Reporting _____

## Part V: Certification

Under penalties of perjury, I certify that:
1. The number shown on this form is my correct Taxpayer Identification Number, and
2. I am not subject to Backup Withholding because: (a) I am exempt from Backup Withholding, or (b) I have not been notified by the IRS that I am subject to Backup Withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to Backup Withholding, and
3. I am a US citizen or other US person, and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding

Sign Here:

_____    _____    _____
Signature                 Phone Number              Date

_____    _____    _____
Print Preparer's Name     Phone Number              Contact's E-Mail Address:

FOR SUBMITTING AGENCY USE ONLY

Submitting Agency Code: __|__|__    Contact Person: _____

Contact's E-Mail Address: _____    Telephone Number: ( ) _____

Payee/Vendor Code: __|__|__|__|__|__|__|__|__|__

DO NOT FORWARD W-9 TO COMPTROLLER'S OFFICE. AGENCIES MUST ATTACH COMPLETED W-9 FORMS TO THEIR FMS DOCUMENTS.

ATTACHMENT 1 to Stipulation of Settlement dated July 12, 2011 in Rothenberg, et al. v. Daus, et al., Docket No. 08 Civ. 0567 (S.D.N.Y.) (SHS)

Case 1:20-cv-10154-CM Document 243-3 Filed 03/01/22 Page 12 of 13

# The City of New York
## Substitute Form W-9 Instructions

The City of New York, like all organizations that file an information return with the IRS, must obtain your correct Taxpayer Identification Number (TIN) to report income paid to you or your organization. The City uses Substitute Form W-9 to obtain certification of your TIN in order to ensure accuracy of information contained in its payee/vendor database and to avoid Backup Withholding as mandated by the IRS.* We ask for the information on the Substitute Form W-9 to carry out the Internal Revenue laws of the United States (Rev. Proc. 84-65 §11.01). You are required to give us the information.

Any vendor or other payee who wishes to do business with the City of New York must complete the Substitute Form W-9.

### Part I: Vendor Information
1. **Legal Business Name:** An organization should enter the name in IRS records, IRS Letter CP575 or IRS Letter 147C. For individuals, enter the name of the person who will do business with the City of New York as it appears on the Social Security card, or other required Federal tax documents. *Do not abbreviate names.*
2. **DBA (Doing Business As):** Enter your DBA in designated line, if applicable.
3. **Entity Type:** Mark the Entity Type of the individual or organization that will do business with the City of New York.

### Part II: Taxpayer Identification Number and Taxpayer Identification Type
1. **Taxpayer Identification Number:** Enter your nine-digit TIN. See the table and Special Note below for instructions on the type of taxpayer number you should report.
2. **Taxpayer Identification Type:** Mark the appropriate option.
The following table gives the Taxpayer Identification Type that is appropriate for each Entity Type.

| Entity Type | Taxpayer Identification Type |
|---|---|
| <ul><li>Church or Church-Controlled Organization</li><li>Personal Service Corporation</li><li>Non-Profit Corporation</li><li>Corporation / LLC</li><li>Government</li><li>Individual/Sole Proprietor *who has employees other than him or herself*</li><li>Trust</li><li>Joint Venture</li><li>Partnership / LLC</li><li>Single Member LLC *who has employees other than him or herself*</li><li>Estate</li></ul> | Employer Identification Number |
| <ul><li>City of New York Employee</li><li>Individual/Sole Proprietor *who does not have employees other than him or herself*</li><li>Single Member LLC *who does not have employees other than him or herself*</li></ul> | Social Security Number |
| Resident Alien/Non-Resident | Individual Tax Identification Number |
| Non-United States Business Entity | N/A |
| Custodian account of a minor | The minor's Social Security Number |

### Part III: Vendor Addresses
1. List the locations for tax reporting purposes, administrative and where payments should be delivered.

### Part IV: Backup Withholding and FATCA Exemptions
If you are exempt from Backup Withholding and/or FATCA reporting, enter in the Exemptions box, any code(s) that may apply to you.

**Backup Withholding Exemption Codes:** Generally, Individuals (including Sole Proprietors) are not exempt from Backup Withholding. Additionally, Corporations are not exempt from Backup Withholding when supplying legal or medical services. *If you do not fall under the categories below, leave this field blank.*

The following codes identify payees that are exempt from Backup Withholding:
1: An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2)
2: The United States or any of its agencies or instrumentalities

---

* Backup Withholding - According to IRS Regulations, ACS must withhold 28% of all payments if a vendor or payee fails to provide ACS its certified TIN. The Substitute Form W-9 certifies a vendor/payee's TIN.

ATTACHMENT F to Stipulation of Settlement dated July 12, 2017 in Rothenberg, et al. v. Daus, et al., Docket No. 06 CIV. 0567 (S.D.N.Y.) (SHS)

Case 1:20-cv-10154-CM Document 243-3 Filed 03/01/22 Page 13 of 13

# The City of New York
## Substitute Form W-9 Instructions

3: A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or Instrumentalities
4: A foreign government or any of its political subdivisions, agencies, or instrumentalities
5: A corporation
6: A dealer in securities or commodities required to register in the United States, the District of Columbia, or a possession of the United States
7: A futures commission merchant registered with the Commodity Futures Trading Commission
8: A real estate investment trust
9: An entity registered at all times during the tax year under the Investment Company Act of 1940
10: A common trust fund operated by a bank under section 584(a)
11: A financial institution
12: A middleman known in the investment community as a nominee or custodian
13: A trust exempt from tax under section 664 or described in section 4947

**FATCA Exemption Codes:** The following codes identify payees that are exempt from reporting under FATCA. These codes apply to persons submitting this form for accounts maintained outside of the United States by certain foreign financial institutions. *If you are only submitting this form for an account you hold in the United States, leave this field blank.*

The following codes identify payees that are exempt from FATCA Reporting:
A: An organization exempt from tax under section 501(a) or any individual retirement plan as defined in section 7701(a)(37)
B: The United States or any of its agencies or instrumentalities
C: A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or instrumentalities
D: A corporation the stock of which is regularly traded on one or more established securities markets, as described in Reg. section 1.1472-1(c)(1)(i)
E: A corporation that is a member of the same expanded affiliated group as a corporation described in Reg. section 1.1472-1(c)(1)(i)
F: A dealer in securities, commodities, or derivative financial instruments (including notional principal contracts, futures, forwards, and options) that is registered as such under the laws of the United States or any state
G: A real estate investment trust
H: A regulated investment company as defined in section 851 or an entity registered at all times during the tax year under the Investment Company Act of 1940
I: A common trust fund as defined in section 584(a)
J: A bank as defined in section 581
K: A broker
L: A trust exempt from tax under section 664 or described in section 4947(a)(1)
M: A tax exempt trust under a section 403(b) plan or section 457(g) plan

### Part V: Certification
Please sign and date form in appropriate space. Provide preparer's name, telephone number, and e-mail address. Preparer should be employed by organization.

---

\* Backup Withholding - According to IRS Regulations, ACS must withhold 28% of all payments if a vendor or payee fails to provide ACS its certified TIN. The Substitute Form W-9 certifies a vendor/payee's TIN.